CLEMENTS *v.* CHANDLER.

GILBERT, Justice.  Under the pleadings and the evidence, the discretion of the judge in granting an interlocutory injunction will not be controlled.

*Judgment affirmed. All the Justices concur.*

No. 11379.  JUNE 13, 1936.

*Charles Emory Smith,* for plaintiff in error.
*Shackelford & Shackelford* and *Rupert A. Brown,* contra.